Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Sandra Flowers §
§
versus §    CIVIL ACTION NO. _____
§
Texas Military Dept §
Dept 401 Box 5218 §
§

EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is:
   Address: 504 East Union
   Eagle Lake Texas
   77434
   County of Residence: Colorado

3. The defendant is: Texas Military Department
   Address: Dept 401 P.O Box 5218
   Austin, Texas 78763-5218

☐ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on \_\_yes\_\_ with the Equal Opportunity Commission.

5. On the date of May 25, 2017 the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

(a) ☑ race

(b) ☐ color

(c) ☐ sex

(d) ☐ religion

(e) ☐ national orgin,

the defendant has:

(a) ☐ failed to employ the plaintiff

(b) ☑ terminated the plaintiff's employment

(c) ☐ failed to promote the plaintiff

(d) ☑ other: Retalition wrongful termination age unfair treatment

7. When and how the defendant has discriminated against the plaintiff:

due to age and racially charged request and retalition begining in 3mth of employment

8. The plaintiff requests that the defendant be ordered:

(a) ☐ to stop discriminating against the plaintiff

(b) ☐ to employ the plaintiff

(c) ☑ to re-employ the plaintiff

(d) ☐ to promote the plaintiff

(e) ☐ to _back pay due to wrongfully termination and retaltion ; hostile work enviorment_ and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_Sandra Flowers_
(Signature of Plaintiff)

Address: _504 East Union Eagle Lake Texas 77434_

Telephone: _832-535-9342_